IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:24-CV-00239-JRG | |
| § | (LEAD CASE) | |
| LENOVO GROUP LIMITED, § | | |
| § | | |
| *Defendant*. § | | |
| § | | |

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD., § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:24-CV-00279-JRG-RSP | |
| § | (MEMBER CASE) | |
| HEWLETT PACKARD ENTERPRISE § | | |
| COMPANY, § | | |
| § | | |
| *Defendant*. § | | |
| § | | |

# **ORDER**

Before the Court are: Plaintiff EireOg Innovations Ltd.'s ("Plaintiff") Motion to Compel Technical Documentation and Interrogatory Response from Defendant Lenovo Group Limited ("LGL") (Dkt. No. 99); Plaintiff's Motion to Compel Technical Documentation and Interrogatory Response from Defendant Hewlett Packard Enterprise Company ("HPE") (Dkt. No. 100); Plaintiff's Motion to Compel Discovery from LGL (Dkt. No. 101); Plaintiff's Motion to Compel Discovery from HPE (Dkt. No. 102) (collectively, the "Motions"). In response to the Motions, both LGL and HPE (together, "Defendants") represent that they have already provided all information requested by Plaintiff such that the Motions should be denied. (*See* Dkt. No. 103 at 1;

Dkt. No. 104 at 1; Dkt. No. 105 at 1; Dkt. No. 106 at 1.)

Given these representations from Defendants, the Court finds that additional information from the parties is needed. The parties are **ORDERED** to jointly file a status report within three days of this Order that explains the status of the Motions and clarifies to what extent Plaintiff maintains that items requested in the Motions to which it is entitled have not been produced by Defendants.

**So Ordered this**

**Nov 16, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE