**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:24-cv-00239-JRG-RSP |
| | § | |
| LENOVO GROUP LIMITED, | § | (Lead Case) |
| *Defendant*. | § | |
| | § | |

**ORDER**

The Court issues this order *sua sponte*. On April 28, 2026, in Case *EireOg Innovations Ltd. v. Cisco Systems Inc.*, No. 2:24-cv-224-RWS-RSP, the jury returned a verdict, regarding whether certain claims were subject to a license defense. *See EireOg*, No. 2:24-cv-224-RWS-RSP, Dkt. No. 554 at 6.

In light of this verdict, the Court **ORDERS** that the Parties in each lead and member case meet and confer and submit a joint status report by May 15, 2026, that contains their position on whether the verdict affects the claims in their case, and, if so, what effect should it have on the current case schedule.

**SIGNED this 30th day of April, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE