## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| EIROG INNOVATIONS LTD., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00239-JRG-RSP |
| | § | (Lead Case) |
| LENOVO GROUP LIMITED, | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Stay. **Dkt. No. 293**. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is hereby

**ORDERED** that all unreached deadlines in the above-captioned case are **STAYED** until after the resolution of post-trial proceedings and any appeal in *EireOg Innovations Ltd. v. Cisco systems, Inc.*, No. 2:24-CV-224-RWS-RSP.  It is

**FURTHER ORDERED** that EireOg shall inform the Court of the resolution of any such appeal within fourteen (14) days of the issuance of the final appellate decision.

**SIGNED this 7th day of May, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE